# Order

Michigan Supreme Court
Lansing, Michigan

January 31, 2017

153648(63)

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

THOMAS JAMES MOLTANE,
        Defendant-Appellant.
_____/

SC: 153648
COA: 325165
Bay CC: 13-010248-FH

On order of the Court, the motion for reconsideration of this Court's September 27, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2017



Clerk

a0123